UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW CARSON,

    Plaintiff,

-vs-                                                CASE NO.: 6:14-CV-00576-RBD-KRS

VERIZON WIRELESS PERSONAL
COMMUNICATIONS, LP d/b/a VERIZON
WIRELESS,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

        Plaintiff, Matthew Carson, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Verizon Wireless Personal Communications, LP d/b/a Verizon Wireless, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Dated this 29th day of September 2014.

                                                                       /s/ *William Peerce Howard*
                                                                       William Peerce Howard, Esquire
                                                                       Morgan & Morgan, P.A.
                                                                       One Tampa City Center
                                                                       201 N. Franklin St., 7th Floor
                                                                       Tampa, FL 33602
                                                                       Tele: (813) 223-5505
                                                                       Fax: (813) 223-5402
                                                                       Florida Bar #: 0103330
                                                                       Attorney for Plaintiff
                                                                       bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September, 2014, a copy of the foregoing was filed via the Court's CM/ECF filing system providing a copy to all counsel of record.

Robert J. Alwine, Esquire
Robert Allen Law
1441 Brickell Ave., Suite 1400
Miami, FL 33131
ralwine@robertallenlaw.com

/s/ *William Peerce Howard*
Attorney for Plaintiff