UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW CARSON,

    Plaintiff,

-vs-                                                  CASE NO.: 6:14-CV-00576-RBD-KRS

VERIZON WIRELESS PERSONAL
COMMUNICATIONS, LP d/b/a VERIZON
WIRELESS,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Matthew Carson, and the Defendant, Verizon Wireless Personal Communications, LP d/b/a Verizon Wireless, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of October, 2014.

| /s/ William Peerce Howard | /s/ Robert J. Alwine |
|---|---|
| William Peerce Howard, Esquire | Robert J. Alwine, Esquire |
| Morgan & Morgan, P.A. | Robert Allen Law |
| One Tampa City Center | 1441 Brickell Ave., Suite 1400 |
| 201 N. Franklin St., 7th Floor | Miamia, FL 33131 |
| Tampa, FL 33602 | ralwine@robertallentlaw.com |
| Tele: (813) 223-5505 | Tele: (305) 372-3300 |
| Fax: (813) 223-5402 | Fax: (305) 379-7018 |
| bhoward@forthepeople.com | Florida Bar#: 0404179 |
| Florida Bar #: 0103330 | Attorney for Defendant |
| Attorney for Plaintiff | |